| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Norton, David C. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>08/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br>Charleston, SC 29402 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Article 5 Trust |
| 2. | Trustee | Article 6 Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Web MD - Editorial Stipend |
| 2. 2018 | Private Consulting |
| 3. 2018 | Medical Director, Sharing Hope |
| 4. 2018 | Newberry Pathology Associates - Autopsy Services |
| 5. 2018 | Springer Publishing - Book Royalties |
| 6. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Non-FJC educational seminar or program Funded by: Bar Group, Bar Organization. nongov | 08/02/2018-08/04/2018 | Hilton Head Island, SC | Activity of professional association | Transportation, lodging & food. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. Apergegy Corp | | None | J | T | Spinoff (from line 10) | 05/09/18 | J | | |
| 3. AT &T #1 | A | Dividend | J | T | | | | | |
| 4. BP PLC ADR | B | Dividend | L | T | | | | | |
| 5. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 6. Chevron Corp #1 | A | Dividend | K | T | | | | | |
| 7. Comcast Corp CL A #1 | A | Dividend | J | T | | | | | |
| 8. Walt Disney Co #1 | A | Dividend | K | T | | | | | |
| 9. Dover | A | Dividend | K | T | | | | | |
| 10. Dow Inc #1 | A | Dividend | J | T | | | | | |
| 11. Eli Lilly & Co #1 | A | Dividend | K | T | | | | | |
| 12. Emerson Electric | A | Dividend | K | T | | | | | |
| 13. Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 14. Fidelity Hereford Street Trust Daily Govt MM #1 | | None | L | T | Buy | 12/29/18 | L | | |
| 15. General Electric Co #1 | A | Dividend | J | T | | | | | |
| 16. Knowles Corporation | | None | J | T | | | | | |
| 17. 3M Company A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer Inc #1 | A | Dividend | K | T | | | | | |
| 19. Proctor & Gamble #1 | A | Dividend | L | T | | | | | |
| 20. Scana Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 21. South State Corp Com # 1 | B | Dividend | L | T | | | | | |
| 22. Suntrust Banks Inc | B | Dividend | K | T | | | | | |
| 23. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 24. Westinghouse Air Brake Technologies Corp | | None | J | T | | | | | |
| 25. Zimmer Biomet Hldgs Inc | A | Dividend | J | T | | | | | |
| 26. Abbot Laboratories | | None | | | Sold | 12/29/18 | J | A | |
| 27. Adobe Sys Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 28. Advantix Inc | | None | J | T | | | | | |
| 29. Aetna Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 30. Agilent Tech Inc | A | Distribution | | | Sold | 12/29/18 | J | A | |
| 31. Alcoa Inc | | None | J | T | | | | | |
| 32. Allergan PLC Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 33. Alphabet Inc | A | Distribution | | | Sold | 12/29/18 | J | A | |
| 34. Altria Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Express Co | A | Dividend | J | T | | | | | |
| 36. American Tower Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 37. Ametek Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 38. Amgen Inc | A | Dividend | K | T | | | | | |
| 39. Apple Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 40. Aptiv PLC | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 41. Arconic Inc | A | Dividend | J | T | | | | | |
| 42. AT&T Inc #2 | A | Dividend | J | T | | | | | |
| 43. Avanos Medical Inc | | None | J | T | | | | | |
| 44. Avery Dennison Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 45. BB&T Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 46. Bank of America #1 | A | Dividend | J | T | | | | | |
| 47. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 48. Bank of the Ozarks | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 49. Baxter Intl Inc | | None | | | Sold | 12/29/18 | J | A | |
| 50. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 51. Blackhawk Network Hldgs Inc | | None | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Boeing | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 53. Camden PPTY TR SH Ben Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 54. Capital One Finaancial Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 55. Carnival Corp Paired CTF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 56. Celgene Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 57. Cenerpoint Energy Inc | | None | | | Sold | 12/29/18 | J | A | |
| 58. Centene Corp Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 59. Charter Communications | | None | J | T | | | | | |
| 60. Chevron Corp #2 | A | Dividend | K | T | | | | | |
| 61. Cisco Sys Inc | A | Dividend | K | T | | | | A | |
| 62. Citigroup Inc | A | Dividend | K | T | | | | | |
| 63. Citizens Financial Corp Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 64. CWD Corp Com | A | Distribution | | | Sold | 12/29/18 | J | A | |
| 65. Fidelity Money Market Account | A | Interest | J | T | | | | | |
| 66. Fidelity Money Market Account | A | Interest | K | T | | | | | |
| 67. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 68. Comcast Corp CL A #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cummins Inc | | None | | | Sold | 12/29/18 | J | A | |
| 70. Darling Ingredients Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 71. Delphi Automotive PLC Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 72. Delta Airlines Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 73. Devon Energy Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 74. Walt Disney Co #2 | A | Dividend | L | T | | | | | |
| 75. Dow Dupont Chemical #1 | A | Dividend | J | T | | | | | |
| 76. DXC Technology Co. | | None | J | T | Spinoff (from line 90) | 10/14/18 | J | | |
| 77. Duke Energy | A | Dividend | J | T | | | | | |
| 78. Emcor Group Inc | | None | | | Sold | 12/29/18 | J | A | |
| 79. EOG Resources Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 80. Exxon Mobil Corp #1 | A | Dividend | J | T | | | | | |
| 81. Federal Natl Mtg Assn Pool | | None | | | Sold | 12/29/18 | J | A | |
| 82. Fidelity Hereford Street Trust Daily MM #2 | | None | K | T | Buy | 12/29/18 | K | | |
| 83. Garret Motion Inc | | None | J | T | Spinoff (from line 92) | 10/04/18 | J | | |
| 84. General Electric #2 | A | Distribution | J | T | | | | | |
| 85. General Motors Co | A | Dividend | | | Sold | 12/29/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Gilead Sciences Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 87. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 88. Halyard Health Inc | | None | | | Merged (with line 44) | 10/15/18 | J | | |
| 89. Hartford Financial Services Group | A | Dividend | J | T | | | | | |
| 90. Hewlett Packard Inc Com | A | Dividend | J | T | | | | | |
| 91. Home Depot Inc | B | Dividend | L | T | | | | | |
| 92. Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 93. Ingersoll Rand PLC | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 94. Intel | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 95. Intercontinental Exchange Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 96. Jabil Circuit Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 97. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 98. Kimberly Clark | A | Dividend | J | T | | | | | |
| 99. Kraft-Heinz Foods Inc CL A | A | Dividend | J | T | | | | | |
| 100. Laboratory Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 101. Lear Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 102. Lincoln National Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lowes Cos Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 104. McDonalds Corp | A | Dividend | L | T | | | | | |
| 105. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 106. Micro Focus Intl | | None | J | T | | | | | |
| 107. Microsoft Corp | A | Dividend | K | T | | | | | |
| 108. Mondelez Intl Inc Com | | None | J | T | | | | | |
| 109. JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 110. Netapp Inc | A | Distribution | | | Sold | 12/29/18 | J | A | |
| 111. Nokia Corp | A | Dividend | J | T | | | | | |
| 112. Northrop Grumman Corp Holding Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 113. Nvidia Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 114. Occidental Petroleum Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 115. Oceaneering Intl Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 116. Omnicom Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 117. On Semiconductor | | None | | | Sold | 12/29/18 | J | A | |
| 118. Oracle Corp | A | Distribution | | | Sold | 12/29/18 | J | A | |
| 119. Paramount Group Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Pepsico Inc | A | Dividend | K | T | | | | | |
| 121. Perspecta Inc | | None | J | T | Spinoff (from line 90) | 10/14/18 | J | | |
| 122. Pfizer Inc #2 | A | Dividend | K | T | | | | | |
| 123. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 124. Proctor & Gamble #2 | A | Dividend | K | T | | | | | |
| 125. Prologis Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 126. Promontory FDIC - Joint Non Qualified Acct. | | None | N | T | Buy | 12/29/18 | N | | |
| 127. Promontory FDIC - Article 6 Trust | | None | O | T | Buy | 12/29/18 | O | | |
| 128. Promontory FDIC - Article 5 Trust | | None | M | T | Buy | 12/29/18 | M | | |
| 129. Prudential Finl Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 130. Raymond James Financial Inc | | None | | | Sold | 12/29/18 | J | A | |
| 131. Residio Technologies Inc | | None | J | T | Spinoff (from line 92) | 10/14/18 | J | | |
| 132. Royal Dutch Shell PLC Spon ADR B | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 133. Sabre Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 134. Stanley Black & Decker Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 135. Sysco Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 136. Target Corp Com | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Texas Instruments Inc | A | Dividend | L | T | | | | | |
| 138. Time Inc New Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 139. Time Warner Inc New | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 140. Toro Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 141. Total System Services Inc | A | Distribution | K | T | | | | | |
| 142. Travelers Companies Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 143. Tupperware Brands Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 144. Tyson Foods Inc | | None | | | Sold | 12/29/18 | J | A | |
| 145. Umpqua Holdings Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 146. Union Pacific Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 147. United Health Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 148. Valero Energy Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 149. Verizon Communications #1 | A | Dividend | J | T | | | | | |
| 150. VM Waare Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 151. Wal Mart Stores Inc Com | A | Distribution | | | Sold | 12/29/18 | J | A | |
| 152. Westinghouse Air Brake Technologies Corp | | None | J | T | | | | | |
| 153. Zimmer Biomet Hldgs Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bank of America #2 | A | Int./Div. | K | T | | | | | |
| 155. Chemours Co | A | Dividend | J | T | | | | | |
| 156. Chevron Corp #3 | A | Dividend | L | T | | | | | |
| 157. Citigroup Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 158. CSX Corp | A | Dividend | M | T | | | | | |
| 159. Dow Dupont EI De Nemours & Co | A | Dividend | K | T | | | | | |
| 160. Eli Lilly & Co #2 | A | Dividend | M | T | | | | | |
| 161. Energy Transfer Partners LP #2 | A | Dividend | K | T | | | | | |
| 162. Exxon Mobil Corp #2 | A | Dividend | K | T | | | | | |
| 163. General Electric Co | A | Dividend | K | T | | | | | |
| 164. IBM | B | Dividend | L | T | | | | | |
| 165. Ishares Core S&P Mid Cap ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 166. Ishares Core S&P Small Cap ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 167. Ishares Core S&P 500 ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 168. Ishares Edge MSCI USA Momentum Factor ETF | | None | | | Sold | 12/29/18 | J | A | |
| 169. Ishares Edge MSCI Min Vol USA ETF | | None | | | Sold | 12/29/18 | J | A | |
| 170. Isahres Inc Core MSCI Emerging Mkts ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Ishares S&P 500 Value ETF | | None | | | Sold | 12/29/18 | J | A | |
| 172.  Ishares S&P 500 Growth ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 173.  Ishares Trust Core MSCI EAFE ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 174.  Ishares Trust Currency Hedged MSC AEFE ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 175.  Ishares IBoxx Investment Grade Corporate | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 176.  Ishares TR Barc;lays 7 10 YR | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 177.  Ishares TR Intrmd Cr BD ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 178.  Ishares TR JP Mor Em Mk ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 179.  Ishares TR 20 YR TR BD ETF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 180.  Ishares US ETF Trust Short Maturity BD | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 181.  Motorola Solutions Inc | A | Dividend | J | T | | | | | |
| 182.  Norfolk Southern | B | Dividend | N | T | | | | | |
| 183.  South State Corp Com #2 | B | Dividend | L | T | | | | | |
| 184.  Wells Fargo & Co | A | Dividend | K | T | | | | | |
| 185.  At&T Inc #3 | A | Dividend | K | T | | | | | |
| 186.  Abbvie Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 187.  Adobe Sys Inc Note | A | Interest | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Aetna Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 189. Allergan PLC Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 190. Amtek Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 191. Apple Inc Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 192. Aptiv PLC | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 193. BB&T Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 194. Bank of the Ozarks | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 195. Bank of America Corp | A | Dividend | K | T | | | | | |
| 196. Boeing | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 197. Camden PPTY TR SH BEN Int | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 198. Capital One Paired CTF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 199. Carnival Corp Paired CTF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 200. Celgene Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 201. Chevron Corp #4 | A | Dividend | L | T | | | | | |
| 202. Cisco Sys Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 203. Citigroup Inc Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 204. Citigroup Inc Com New | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Coca-Cola Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 206. Darling Ingredients Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 207. Delta Air Lines Del Com New | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 208. Devon Energy Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 209. Dow Dupont Inc | A | Dividend | J | T | | | | | |
| 210. EOG Resources Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 211. General Electric #4 | A | Distribution | | | Sold | 12/29/18 | J | A | |
| 212. General Motors | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 213. Haliburton Co Hldg | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 214. Home Depot Inc com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 215. IBM | A | Dividend | L | T | | | | | |
| 216. Ingersoll Rand PLC SHS | A | Int./Div. | | | Sold | 12/29/18 | J | A | |
| 217. Intercontinental Exchange Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 218. JNL Growth Allocation | A | Dividend | L | T | | | | | |
| 219. JNL American Balanced | A | Dividend | L | T | | | | | |
| 220. JNL American Funds Global Bond | A | Dividend | J | T | | | | | |
| 221. JNL Invesco Small Cap Growth | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. JNL JP Morgan Midcap Growth | A | Dividend | L | T | | | | | |
| 223. JNL Mellon Capital Consumer Disretionary Sector | A | Dividend | L | T | | | | | |
| 224. JNL Mellon Capital Healthcare Sector | A | Dividend | L | T | | | | | |
| 225. JNL Mellon Capital Nasdaq 100 | A | Dividend | L | T | | | | | |
| 226. JNL S&P 4 | A | Dividend | L | T | | | | | |
| 227. JNL S&P Competive Advantage | A | Dividend | L | T | | | | | |
| 228. JNL T Rowe Price Established Growth | A | Dividend | L | T | | | | | |
| 229. Laboratory Corp Amer Hldgs | | None | | | Sold | 12/29/18 | J | A | |
| 230. Mednax Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 231. Microsoft Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 232. JP Morgan Chase & Co Note | A | Int./Div. | | | Sold | 12/29/18 | J | A | |
| 233. Occidental Petroleum Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 234. Oceaneering Intl Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 235. Omnicom Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 236. Oracle Corp Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 237. Parmount Group Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 238. Pfizer Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Philip Morris Intl | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 240. Proctor & Gamble Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 241. Promontory FDIC- David IRA | | None | O | T | Buy | 12/29/18 | O | | |
| 242. Royal Dutch Shell PLC Spon ADR | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 243. Sabre Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 244. Total Sys Svcs Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 245. Umpqua Holdings Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 246. Union Pacific Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 247. US Treasury NTS Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 248. US Treasury NTS Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 249. US Treasury NTS Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 250. US Treasury NTS Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 251. US Treasury NTS Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 252. US Treasury NTS Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 253. US Treasury NTS Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 254. US Treasury NTS Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 255. Verizon Communications #2 | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Wells Fargo Co | A | Dividend | K | T | | | | | |
| 257. Westinghouse Air Brake Technolgies Corp | | None | J | T | | | | | |
| 258. Zimmer Biomet Hldgs Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 259. AT&T Inc Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 260. AT&T Inc Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 261. Acuity Brands Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 262. Adobe Sys Inc Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 263. Aetna Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 264. AFLAC Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 265. Air Products & chem | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 266. Align Technology | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 267. Allergen PLC | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 268. Alliance Data Sys Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 269. Alphabet Inc Cp Stk | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 270. Amazon | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 271. American Express Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 272. Ametek Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. AmeisourceBergen Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 274. Amgen Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 275. Amphenol Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 276. Analog Devices Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 277. Anheuser Busch Bev Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 278. Apple Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 279. Apple Inc Note | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 280. Avery Dennison Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 281. BB&T | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 282. Bank of America Corp Note | A | Interest | | | Sold | 12/29/18 | J | A | |
| 283. Bank of the Ozarks | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 284. Berkshire Hathaway Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 285. Broadcom Limited | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 286. Camden PPTY TR SH Ben Int | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 287. Capital One Financial Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 288. Carnival Corp Paired CTF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 289. Celgene Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Cetene Corp Del | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 291. Chevron | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 292. Cintas Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 293. Cisco Sys Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 294. Citigroup Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 295. Cognizant Tech Solutions Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 296. Comcast Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 297. Constellation Brands Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 298. CWD Corp Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 299. CVS Health Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 300. Darling Ingredients Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 301. Delta Air Lines Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 302. Devon Energy Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 303. Dick's Sporting Goods | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 304. Dow Dupont Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 305. Electronic Arts | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 306. Envision Health Care Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. EOG Resources Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 308. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 309. Facebook Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 310. Fed Home LN Mtg | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 311. Fed Natl Mtg Assn Pool | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 312. Fidelity Hereford Street Trust Daily MM #3 | | None | J | T | Buy | 12/29/18 | J | | |
| 313. Fiserv Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 314. Fleetcor Technologies Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 315. Foot Locker Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 316. Ford Motor Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 317. General Electric Cap Corp | A | Dividend | K | T | | | | | |
| 318. General Motors Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 319. Gillead Sciences Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 320. Global Pmts Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 321. Goldman Sachs Group Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 322. Halliburton Co Hdlg Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 323. HCA Hldgs Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Hanes Brands Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 325. Home Depot Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 326. Huntington Bancshares Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 327. Ingersoll Rand PLC SHS | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 328. Intel Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 329. Intercontinental Exchange Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 330. IPG Phototronics Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 331. Jabil Circuit Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 332. JNL Growth Allocation | A | Dividend | L | T | | | | | |
| 333. JNL American Funds Balanced | A | Dividend | L | T | | | | | |
| 334. JNL Invesco Small Cap Growth | A | Dividend | L | T | | | | | |
| 335. JNL Morgan Midcap Growth | A | Dividend | L | T | | | | | |
| 336. JNL Mellon Capital Consumer Disretionary Sector | A | Dividend | L | T | | | | | |
| 337. JNL Mellon Capital Heathcare Sector | A | Dividend | L | T | | | | | |
| 338. JNL Mellon Capital Nasdaq 100 | A | Dividend | L | T | | | | | |
| 339. JNL S&P 4 | A | Dividend | L | T | | | | | |
| 340. JNL S&P Competive Advantage | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. JNL T Rowe Price Established Growth | A | Dividend | L | T | | | | | |
| 342. Kroger Co Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 343. Laboratory Corp Amer Hldgs | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 344. Estee Lauder Companies Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 345. Lear Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 346. Lincoln Natl Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 347. Lockheed Martin Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 348. Lowes Cos Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 349. Mastercard Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 350. McKesson Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 351. Merck Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 352. Mettler-Toledo Intl | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 353. Microsoft Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 354. Middleby Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 355. Monster Beverage Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 356. JP Morgan Chase & Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 357. Morgan Stanley Mtn | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. NCR Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 359. Netflix Com Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 360. Nike Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 361. Nordson Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 362. Northrop Gruman Corp Hldg Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 363. Nvidia Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 364. Oceaneering Intl | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 365. Occidental Petroleum Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 366. Omnicom Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 367. Orracle Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 368. Paramount Group Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 369. Pinnacle Foods Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 370. Proctor & Gamble Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 371. Prologis Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 372. Prudential Finl Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 373. Sabre Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 374. Shell International Fin | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Sherwin Williams Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 376. Spectrum Brands Hldgs Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 377. Spirit Aerosystems Hldgs Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 378. Southern Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 379. Starbucks Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 380. Suntrust Banks Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 381. Sysco Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 382. TXJ Cos Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 383. Total Sys Svcs | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 384. Trimble Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 385. Tupperware Brands Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 386. Umpqua Hldgs Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 387. Union Pacific Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 388. United Health Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 389. United Rentals Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 390. US Treasury BDS | A | Interest | | | Sold | 12/29/18 | J | A | |
| 391. US Treasury BDS | A | Interest | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. US Treasury BDS | A | Interest | | | Sold | 12/29/18 | J | A | |
| 393. US Treasury BDS | A | Interest | | | Sold | 12/29/18 | J | A | |
| 394. US Treasury BDS | A | Interest | | | Sold | 12/29/18 | J | A | |
| 395. US Treasury BDS | A | Interest | | | Sold | 12/29/18 | J | A | |
| 396. US Treasury BDS | A | Interest | | | Sold | 12/29/18 | J | A | |
| 397. US Treasury BDS | A | Interest | | | Sold | 12/29/18 | J | A | |
| 398. US Treasury Notes | A | Interest | | | Sold | 12/29/18 | J | A | |
| 399. US treasury Notes | A | Interest | | | Sold | 12/29/18 | J | A | |
| 400. US Treasury Notes | A | Interest | | | Sold | 12/29/18 | J | A | |
| 401. US Treasury Notes | A | Interest | | | Sold | 12/29/18 | J | A | |
| 402. US Treasury Note 2.373` | A | Interest | | | Sold | 12/29/18 | J | A | |
| 403. US Treasury Note .875 | A | Interest | | | Sold | 12/29/18 | J | A | |
| 404. US Treasury Note 1.5 | A | Interest | | | Sold | 12/29/18 | J | A | |
| 405. US Treasury Note 1.0 | A | Interest | | | Sold | 12/29/18 | J | A | |
| 406. US Treasury Note 1.375 | A | Interest | | | Sold | 12/29/18 | J | A | |
| 407. Valero Energy Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 408. Verizon Communications Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. Versik Analytics Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 410. Visa Inc | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 411. Wabco Hldgs Inc | | None | | | Sold | 12/29/18 | J | A | |
| 412. Waters Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 413. Wells Fargo Co | A | Dividend | J | T | | | | | |
| 414. Williams Sonoma Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 415. Zimmer Biomet Hldgs Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 416. Zoetis Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 417. Accenture PLC | A | Distribution | | | Sold | 12/29/18 | J | A | |
| 418. Activision Blizzard Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 419. Adidas AG ADR EA | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 420. Aetna Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 421. Agilent Tech Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 422. Akamai Technologies Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 423. Allegheny Tech Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 424. Americant Tower Corporation | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 425. Amerisource Bergen Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Ametek Inc | | None | | | Sold | 12/29/18 | J | A | |
| 427. Ansys Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 428. Aptiv Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 429. Aphabet Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 430. Apple Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 431. Amgen Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 432. Arrow Electronics Inc | | None | | | Sold | 12/29/18 | J | A | |
| 433. AT&T Inc | A | Dividend | K | T | | | | | |
| 434. Autodesk Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 435. Avery Dennison Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 436. BB&T Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 437. Bank of the Ozarks | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 438. Bard CR Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 439. Bio Rad Laboratories Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 440. Black Knight Finl ACXA Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 441. BorgWarner Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 442. Boston Properties Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. CBRE Group Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 444. CDW Corp com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 445. Cabot Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 446. Camden PPTYTR SH Ben Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 447. Canadian RY LTD | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 448. Capital One Finl Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 449. Carnival Corp Paired CTF | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 450. Cetene Corp Del | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 451. Chevron Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 452. CHR Hansen Hldg | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 453. Chubb Limited | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 454. Comcast Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 455. Cimarex Energy Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 456. Cisco Sys Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 457. Citigroup Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 458. Colorplast UNSP | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 459. Compass Group PLC | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Continental Res Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 461. Core Laboratories NV | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 462. CSL LTD Sposored ADR | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 463. CSX Corp | A | Dividend | M | T | | | | | |
| 464. Cummins Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 465. Darden Restaurants | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 466. Darling Ingredients Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 467. Delta Air Lines Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 468. Dentsply Sirona Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 469. Devon Energy Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 470. Dover Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 471. D R Horton Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 472. Dow Dupont Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 473. DSV As Adr | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 474. Eastman Chem Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 475. Eaton Vance Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 476. Echostar Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 39

**Name of Person Reporting**

Norton, David C.

**Date of Report**

08/15/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. Emcor Group Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 478. EOG Resources Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 479. Essilor Intl S A | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 480. Experian PLC | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 481. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 482. Gatx Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 483. Gilead Sciences Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 484. General Dynamics Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 485. General Motors Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 486. Global Pmts Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 487. Halliburton Co Hldg | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 488. HDFC Bank LTD | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 489. Hermes Intl | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 490. Home Depot Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 491. Icon PLC SHS | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 492. Inditex | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 493. Intel Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 39

**Name of Person Reporting**

Norton, David C.

**Date of Report**

08/15/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Intercontinental Exchange Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 495. Intuit | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 496. JP Morgan Chase & Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 497. Jabil Circuit Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 498. Keycorp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 499. Keysight Technologies Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 500. Lear Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 501. Lincoln Natl Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 502. Lowes Cos Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 503. Luxotica Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 504. LVMH Moet Hennessy Vuitton SE | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 505. Masco Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 506. Mednax Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 507. Micosoft Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 508. Nestle A | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 509. Newfield Exploration | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 510. Northrop Grumman Corp Hldg Co | A | Dividend | | | Sold | 12/29/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 39

Name of Person Reporting

Norton, David C.

Date of Report

08/15/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Novozymes AS | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 512. Nvidia Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 513. Packaging Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 514. Proctor & Gamble | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 515. Progressive Corp Ohio | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 516. Prologis Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 517. Prudential Fuancial Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 518. Raymond James Finl Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 519. Reckitt Benckiser Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 520. Renaissance Hldgs LTD | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 521. Reinsurance Group America Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 522. Republic Services Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 523. Sabre Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 524. The Scotts Miracle Gro Co | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 525. Sealed Air Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 526. Snap On Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 527. Stanley Black & Decker | A | Dividend | | | Sold | 12/29/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Stifel Finl Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 529. Synopsys Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 530. Synchrony Financial Com | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 531. Syemex Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 532. Sysco Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 533. Taiwan Semiconductors MFG LTD | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 534. Tencent Hldgs Limited | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 535. TJX Cos Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 536. Total Sys Svcs Inc | A | Int./Div. | | | Sold | 12/29/18 | J | A | |
| 537. United Health Group | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 538. Valero Energy Corp | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 539. Wal Mart Stores Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 540. Wal Mart De Mexico SAB De CV | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 541. WEC Energy Group Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 542. Woodward Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 543. Xilinx Inc | A | Dividend | | | Sold | 12/29/18 | J | A | |
| 544. South State Bank | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. North Carolina Rental Property !00% Transylvania County, NC | A | Rent | P1 | W | | | | | |
| 546. Lain Farm, Johnson County, Indiana | E | Rent | P1 | W | | | | | |
| 547. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 548. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 549. MassMutual Life Ins (MML Equity Fund Portfolio) | A | Dividend | J | T | | | | | |
| 550. Russell 2000 Index - Kim IRA | A | Dividend | K | T | | | | | |
| 551. S & P 500 Index - Kim IRA | B | Dividend | M | T | | | | | |
| 552. MSCI EAFE - Kim IRA | A | Dividend | K | T | | | | | |
| 553. Promontory FDIC MM - Kim IRA | | None | O | T | Buy | 12/29/18 | O | | |
| 554. Russell 2000 Index - Kim Non Qualified Acct. | A | Dividend | K | T | | | | | |
| 555. S & P 500 Index - Kim Non Qualified Acct. | B | Dividend | M | T | | | | | |
| 556. MSCI EAFE - Kim Non Qualified Acct. | A | Dividend | K | T | | | | | |
| 557. | | | | | | | | | |
| 558. | | | | | | | | | |
| 559. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 545 is located in Translyvania County, North Carolina, USA.

2. Lain Farm listed on line 546.

Lain Farm value cost R Annual Rental Income E (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.Life Valuemark II

3. Article 5 Trust consist of lines: 62, 128, 154-156, 158-164, 181-185, 195, 201, 204, 209, 215,257,308, 312, 317, 433 and 463.

4. Article 6 Trust consist of lines: 28, 31, 34, 35, 38, 41, 42, 43, 46, 47, 50, 59, 60, 61, 67, 68, 74-77, 80, 82-84, 87-92, 97-99, 104-109, 111, 120-124, 127, 131, 137, 152 and 413.

5. Westinghouse Air Brake Technology Corp (lines 24, 152, 257). Broker unable to provide date of purchase.

6. Advantix Inc. Line 28, erroneously omitted in 2017. Spinoff of Honeywell 10/16/2016.

7. Fidelity Money Market Acct (Lines 65 and 66) name changed to Fidelity Hereford Street Trust Daily MM.

8. Micro Focus Intl, Line 106 formed through merger 2017, erroneously omitted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544